AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GUILHERME CIPRIANI, | ) | Case No.  23-20123-CR-MOORE/LOUIS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

23-5225-MJ

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By MELISSA MICHEL
Deputy Clerk
Date Mar 22, 2023

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GUILHERME CIPRIANI,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Smuggling Goods into the United States, in violation of Title 18, United States Code, Section 545
False Statement to a Federal Agency, in violation of Title 18, United States Code, Section 1001(a)(2)

Date: 3/22/2023

*Issuing officer's signature*

City and state:   Miami, Florida                    Angela E. Noble, Clerk of Court / Court Administrator
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                        _____<br>                                             *Arresting officer's signature*<br><br>                                             _____<br>                                             *Printed name and title* |

FILED by **MM** D.C.

Mar 22, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **23-20123-CR-MOORE/LOUIS**

18 U.S.C. § 545
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

GUILHERME CIPRIANI,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Smuggling Goods into the United States
### (18 U.S.C. § 545)

On or about November 10, 2022, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant,

**GUILHERME CIPRIANI,**

did knowingly and willfully, with the intent to defraud the United States, smuggle, attempt to smuggle, and clandestinely introduce, into the United States, from a place outside thereof, any merchandise, that is, fourteen (14) loose, cut diamonds and fifty-three (53) rough, uncut diamonds, which should have been invoiced, in violation of Title 18, United States Code, Sections 545 and 2.

## COUNT 2
### False Statement to a Federal Agency
### (18 U.S.C. § 1001(a)(2))

On or about November 10, 2022, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, in a matter within the jurisdiction of the United States Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the Government of the United States, the Defendant,

**GUILHERME CIPRIANI,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the Defendant represented to Customs and Border Protection officials that he was not transporting commercial merchandise into the United States and that the total value of the commercial merchandise purchased abroad was zero United States dollars, when in truth and in fact, as the Defendant then and there well knew, he was transporting commercial merchandise, that is, uncut and cut diamonds, into the United States and that the total value of the commercial merchandise purchased abroad was worth more than zero United States dollars, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GUILHERME CIPRIANI,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 545, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any merchandise

introduced into the United States in violation of such offense, or the value thereof, pursuant to Title 18, United States Code, Section 545.

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

    (i)    fourteen (14) loose, cut diamonds; and

    (ii)    fifty-three (53) rough, uncut diamonds.

All pursuant to 18 U.S.C. § 545 and 982(a)(2)(B).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
STEFAN DIAZ ESPINOSA
ASSISTANT UNITED STATES ATTORNEY

3