# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement – DRO
2035 N. Central Avenue
Phoenix, AZ 85004

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Original Notice**

Date: April 28, 2023
By: VE

Defendant: Guilherme Cipriani
Date of Birth: [redacted]
SSN: [redacted]
Case Number: 0970 2:23-05225M
Place of Birth: Florida
Alien ("A") Number: INS Number

**Notice of Court Order** (Order Date: April 27, 2023)

The above-named defendant surrendered Passport Number [redacted] (Issuing Country BRASIL and ITALY) to the custody of the U.S. Pretrial Services on April 27, 2023.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court